# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### at CHATTANOOGA

|  |  |
|---|---|
| SILVIO AZZOLINI, on behalf of himself and all others similarly situated, | ) ) |
|  | ) Lead Case No. 1:03-CV-1003 |
| Plaintiff, | ) |
|  | ) <u>CLASS ACTION</u> |
| V. | ) |
|  | ) MDL Case No. 1:03-MD-1552 |
| CORTS TRUST II FOR PROVIDENT FINANCIAL TRUST I, et al., | ) ) Judge Curtis L. Collier |
|  | ) |
| Defendants. | ) |

_____

|  |  |
|---|---|
| HARRIET BERNSTEIN, on behalf of herself and all others similarly situated, | ) ) |
|  | ) Case No. 1:03-CV-1005 |
| Plaintiff, | ) |
|  | ) <u>CLASS ACTION</u> |
| V. | ) |
|  | ) MDL Case No. 1:03-MD-1552 |
| CORTS TRUST FOR PROVIDENT FINANCING TRUST I, et al., | ) ) Judge Curtis L. Collier |
|  | ) |
| Defendants. | ) |

## <u>O R D E R</u>

In each of the above captioned cases, one of which is a lead case, the Court has previously ruled on two motions to dismiss and one motion to alter or amend and for judgment on the pleadings (*See Azzolini* Court File Nos. 46, 47, 48, 49, 63, 65; *Bernstein* Court File Nos. 56, 57, 58, 59, 73, 75). As a result of these rulings, it appears no claims remain pending. As such, the Court **ORDERS** the **CLERK'S OFFICE** to **CLOSE** the following cases:

    1.    *Azzolini v. CorTS Trust II for Provident Financial Trust I, et al.*, No. 1:03-CV-1003;

    2.    *Finke, et al. v. CorTS Trust II for Provident Financial Trust I, et al.*, No. 1:03-CV-

1006;

3.    *Strahle v. CortTS Trust II for Provident Financial Trust I, et al.*, No. 1:03-CV-1007;

and

4.    *Bernstein v. CorTS Trust for Provident Financing Trust I, et al.*, No. 1:03-CV-1005.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**